JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMARR RENE BOBBY NELSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BRIDGET LEE HARRIS et al.,<br><br>　　　　Defendants. | Case No. 2:25-cv-03602-SB-SHK<br><br>FINAL JUDGMENT |

　　　For the reasons stated in the separate order screening Plaintiff's complaint under 28 U.S.C. § 1915 entered this day, this action is dismissed as frivolous and for failure to state a claim.

　　　This is a final judgment.

Date: May 8, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge